**No. 44445.**—Protest 828635–G of Eastern States Import Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44446.**—Protests 840974–G (B), etc., of Century Trading Co. et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44447.**—Protest 890009–G of Edward M. Poons Co. of Kobe, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44448.**—Protests 900392–G (A), etc., of Veron & Co. et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44449.**—Protest 926563–G of Louis Weinberg Associates, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

Before the First Division, October 7, 1940

**No. 44450.**—Protest 862588–G of William W. Lee (New York).

Opinion by Brown, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.